1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDRIA KAMYAB,

          Plaintiff,

    vs.

MCKESSON CORPORATION; BAYER
CORPORATION; BAYER
HEALTHCARE LLC; BAYER
PHARMACEUTICALS CORPORATION;
BAYER HEALTHCARE
PHARMACEUTICALS INC., BERLEX
LABORATORIES, INC., BERLEX, INC.;
BAYER SCHERING PHARMA AG;
BAYER AG; and DOES 1-10, inclusive,

          Defendants.

Case No. CV 10-1311 JSW

Assigned to: Hon. Jeffrey S. White

**[PROPOSED] ORDER GRANTING JOINT
MOTION FOR ADMINISTRATIVE RELIEF
TO STAY ACTION PENDING TRANSFER
TO MULTIDISTRICT PROCEEDINGS**

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

1    The Court, having fully considered the papers jointly submitted by the parties in

2    connection with the Joint Motion for Administrative Relief To Stay Action Pending Transfer to

3    Multidistrict Proceedings, and good cause appearing, HEREBY ORDERS that the above-

4    captioned case is STAYED pending transfer to MDL No. 2100.

5    IT IS SO ORDERED.

6

7

8    Dated: April 13, 2010

     HON. JEFFREY S. WHITE
9    United States District Judge

     SANFRANCISCO/346414.1
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION
PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-1311 JSW