UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Erin Fischer v. McKesson Corporation, et al.* | No. 3:10-cv-20343-DRH |
| *Alexandria Kamyab v. McKesson Corporation, et al.* | No. 3:10-cv-20266-DRH |
| *Faith Newell v. McKesson Corporation, et al.* | No. 3:10-cv-20453-DRH |
| *Tamara Obeck v. McKesson Corporation, et al.* | No. 3:10-cv-20455-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 14, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
Deputy Clerk

Dated: November 18, 2013

Digitally signed by
David R. Herndon
Date: 2013.11.18
10:09:17 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT